| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Bahram Shahab** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: Central District of California | |
| Case number (If known) | 2-19 BK-21830 SK |

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☐ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☒ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☐ 3. The commitment period is 3 years.

☒ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

**FILED**
OCT 2 1 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Official Form 122C-1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

## Part 1:    Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☒ **Married.** Fill out both Columns A and B, lines 2-11.

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $ 3,000.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | | |
| Ordinary and necessary operating expenses | – $ 0.00 | – $ 0.00 | | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | $ 0.00 | Copy here ➔ | $ 0.00 | $ 0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | $ 7,028 | | | |
| Ordinary and necessary operating expenses | – $ | – $ 2,998 | | | |
| Net monthly income from rental or other real property | $ 4,030 | $ 4,030 | Copy here ➔ | $ 4,030.00 | $ 4,030.00 |

Debtor 1    **Bahram Shahab** _____    Case number (if known) _____
First Name    Middle Name    Last Name

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| 8. **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ...................... ↓

For you............................................... $ 0.00

For your spouse ................................. $ 0.00

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.    $ _____    $ _____

10. **Income from all other sources not listed above. Specify the source and amount.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

Social Security _____    $ 2,220.00    $ 1,020.00

_____    $ _____    $ _____

Total amounts from separate pages, if any.    + $ _____    + $ _____

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.    $ 9,360.00    + $ 1,020.00    = $ 10,380.00

**Total average monthly income**

| Part 2: | Determine How to Measure Your Deductions from Income |
|---|---|

12. Copy your total average monthly income from line 11. ...........................................................................    $ 10,380.00

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 below.

☑ You are married and your spouse is filing with you. Fill in 0 below.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

_____    $ _____

_____    $ _____

_____    + $ _____

Total.................................................    $ 0.00    Copy here ➡    — 0.00

14. **Your current monthly income.** Subtract the total in line 13 from line 12.    $ 10,380.00

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here ➡ ..........................................................................................................    $ 10,380.00

Multiply line 15a by 12 (the number of months in a year).    x 12

15b. The result is your current monthly income for the year for this part of the form.    $ 124,560.00

Debtor 1    __Bahram Shahab_____    Case number *(if known)*_____
            First Name    Middle Name    Last Name

**16.** **Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.      __CA__

16b. Fill in the number of people in your household.      __2__

16c. Fill in the median family income for your state and size of household. ................................................. $ __71,636.00__

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**17.** **How do the lines compare?**

17a. ☐ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C–2).

17b. ☑ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out** *Calculation of Your Disposable Income* (Official Form 122C–2). On line 39 of that form, copy your current monthly income from line 14 above.

---

**Part 3:**    **Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)**

**18.** Copy your total average monthly income from line 11. ..................................................................... $ __10,380.00__

**19.** **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a. .......................................... – $ __0.00__

19b. **Subtract line 19a from line 18.**      $ __10,380.00__

**20.** **Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b. ....................................................................................................................... $ __10,380.00__

Multiply by 12 (the number of months in a year).      **x** __12__

20b. The result is your current monthly income for the year for this part of the form.      $ __124,560.00__

20c. Copy the median family income for your state and size of household from line 16c. ................................. $ __71,636.00__

**21.** **How do the lines compare?**

☐ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

☑ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

---

**Part 4:**    **Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**x** _~~signature~~_____     **x** _____
Signature of Debtor 1                   Signature of Debtor 2

Date __10/07/2019__           Date _____
     MM / DD  / YYYY                      MM / DD  / YYYY

If you checked 17a, do NOT fill out or file Form 122C–2.

If you checked 17b, fill out Form 122C–2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

Fill in this information to identify your case:

| Debtor 1 | Bahram Shahab | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  Central District of California

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 122C-2

# Chapter 13 Calculation of Your Disposable Income

04/19

To fill out this form, you will need your completed copy of *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period* (Official Form 122C–1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

---

| Part 1: | Calculate Your Deductions from Your Income |
|---|---|

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not include any operating expenses that you subtracted from income in lines 5 and 6 of Form 122C–1, and do not deduct any amounts that you subtracted from your spouse's income in line 13 of Form 122C–1.

If your expenses differ from month to month, enter the average expense.

Note: Line numbers 1-4 are not used in this form. These numbers apply to information required by a similar form used in chapter 7 cases.

5.  **The number of people used in determining your deductions from income**
    Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

    2.00

**National Standards**    You must use the IRS National Standards to answer the questions in lines 6-7.

6.  **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.

    $ 1288

7.  **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories—people who are under 65 and people who are 65 or older—because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

Debtor 1   __Bahram Shahab_____    Case number *(if known)*_____
     First Name   Middle Name    Last Name

**People who are under 65 years of age**

7a.  Out-of-pocket health care allowance per person  $_____55.00

7b.  Number of people who are under 65           x ___1

7c.  Subtotal. Multiply line 7a by line 7b.     $_____55.00  Copy here➡  $_____55.00

**People who are 65 years of age or older**

7d.  Out-of-pocket health care allowance per person  $_____114.00

7e.  Number of people who are 65 or older        x ___1

7f.  Subtotal. Multiply line 7d by line 7e.     $_____114.00  Copy here➡ + $_____114.00

7g.  Total. Add lines 7c and 7f. ...................................................... $_____169.00  Copy here➡ ......  $____169.00

**Local Standards**    You must use the IRS Local Standards to answer the questions in lines 8-15.

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**

- **Housing and utilities – Insurance and operating expenses**
- **Housing and utilities – Mortgage or rent expenses**

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart. To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.**

8.  **Housing and utilities – Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.    $____2,652.00

9.  **Housing and utilities – Mortgage or rent expenses:**

    9a.  Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.    $____2,652.00

    9b.  Total average monthly payment for all mortgages and other debts secured by your home.

    To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Next divide by 60.

| Name of the creditor | Average monthly payment | |
|---|---|---|
| Bayveiw Financial Loan | $   4,761.00 | |
| | $_____ | |
| | + $   4,761.00 | |

    9b.  Total average monthly payment    $___4,761.00  Copy here➡ – $___4,761.00  Repeat this amount on line 33a.

    9c.  Net mortgage or rent expense.

    Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this number is less than $0, enter $0.    $   2,109.00  Copy here➡ ......  $__2,109.00

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**    $____0.00

    Explain why: _____
    _____

| Debtor 1 | Bahram Shahab | | | Case number (if known)_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**11. Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

☐ 0. Go to line 14.
☑ 1. Go to line 12.
☐ 2 or more. Go to line 12.

**12. Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.                    $      273.00

**13. Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

**Vehicle 1        Describe Vehicle 1:**    Honda Accord 2003

13a. Ownership or leasing costs using IRS Local Standard .......................................    $_____0.00

13b. Average monthly payment for all debts secured by Vehicle 1.

Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| _____ | $_____ |
| _____ | + $_____ |

Total average monthly payment    $      0.00   Copy here ➡   – $      0.00   Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense
Subtract line 13b from line 13a. If this number is less than $0, enter $0. ............    $_____0.00    Copy net Vehicle 1 expense here ➡    $_____0.00

**Vehicle 2        Describe Vehicle 2:** _____

13d. Ownership or leasing costs using IRS Local Standard ...................................    $_____0.00

13e. Average monthly payment for all debts secured by Vehicle 2.

Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| _____ | $      0.00 |
| _____ | + $_____ |

Total average monthly payment    $      0.00   Copy here ➡   – $      0.00   Repeat this amount on line 33c.

13f. Net Vehicle 2 ownership or lease expense
Subtract line 13e from line 13d. If this number is less than $0, enter $0. ...................    $_____0.00    Copy net Vehicle 2 expense here ➡    $_____0.00

**14. Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.                    $_____0.00

**15. Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*.                    $_____0.00

Debtor 1   **Bahram Shahab**
           First Name   Middle Name   Last Name                    Case number (if known)_____

**Other Necessary**   In addition to the expense deductions listed above, you are allowed your monthly expenses for the
**Expenses**          following IRS categories.

16. **Taxes:** The total monthly amount that you actually pay for federal, state and local taxes, such as income taxes,
    self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld
    from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected
    refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.         $_____0.00
    Do not include real estate, sales, or use taxes.

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions,
    union dues, and uniform costs.
    Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.    $_____0.00

18. **Life insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing
    together, include payments that you make for your spouse's term life insurance.
    Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of    $_____0.00
    life insurance other than term.

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative
    agency, such as spousal or child support payments.                                                             $_____0.00
    Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.

20. **Education:** The total monthly amount that you pay for education that is either required:
    ■ as a condition for your job, or
    ■ for your physically or mentally challenged dependent child if no public education is available for similar services.    $_____0.00

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.
    Do not include payments for any elementary or secondary school education.                                       $_____0.00

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is
    required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health
    savings account. Include only the amount that is more than the total entered in line 7.                         $_____0.00
    Payments for health insurance or health savings accounts should be listed only in line 25.

23. **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services
    for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell
    phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of    + $____50.00
    income, if it is not reimbursed by your employer.
    Do not include payments for basic home telephone, internet or cell phone service. Do not include self-employment
    expenses, such as those reported on line 5 of Form 122C-1, or any amount you previously deducted.

24. **Add all of the expenses allowed under the IRS expense allowances.**                                           | $ 7,177.00 |
    Add lines 6 through 23.

**Additional Expense**   These are additional deductions allowed by the Means Test.
**Deductions**           *Note: Do not include any expense allowances listed in lines 6-24.*

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health
    insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or
    your dependents.

    Health insurance                      $_____0.00

    Disability insurance                  $_____0.00

    Health savings account            + $_____0.00

    Total                                 $_____0.00    Copy total here ➔ .......................................    $_____0.00

    Do you actually spend this total amount?
    ☐ No. How much do you actually spend?
                                          $_____
    ☑ Yes

26. **Continuing contributions to the care of household or family members.** The actual monthly expenses that you will
    continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of
    your household or member of your immediate family who is unable to pay for such expenses. These expenses may         $_____0.00
    include contributions to an account of a qualified ABLE program.  26 U.S.C. § 529A(b).

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of
    you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.        $_____0.00
    By law, the court must keep the nature of these expenses confidential.

| Debtor 1 | **Bahram Shahab** | | Case number *(if known)*_____ |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8.
If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8, then fill in the excess amount of home energy costs.
You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.

$_____ 0.00

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $170.83* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.
You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

$_____ 0.00

\* Subject to adjustment on 4/01/22, and every 3 years after that for cases begun on or after the date of adjustment.

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.
To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.
You must show that the additional amount claimed is reasonable and necessary.

$_____ 0.00

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 11 U.S.C. § 548(d)(3) and (4).
Do not include any amount more than 15% of your gross monthly income.

+ $_____ 0.00

32. **Add all of the additional expense deductions.**
Add lines 25 through 31.

$_____ 0.00

**Deductions for Debt Payment**

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33e.**

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

Average monthly payment

**Mortgages on your home**

33a. Copy line 9b here..............................................➜  $____ 4,761.00

**Loans on your first two vehicles**

33b. Copy line 13b here. ...........................................➜  $_____ 0.00

33c. Copy line 13e here. ...........................................➜  $_____ 0.00

33d.  List other secured debts:

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| bayview Financial Lones | 30823 via rivera  R | ☐ No  ☑ Yes | $____ 4,761.00 |
| _____ | _____ | ☐ No  ☐ Yes | $_____ |
| _____ | _____ | ☐ No  ☐ Yes | + $_____ |

33e. Total average monthly payment. Add lines 33a through 33d. .............  $____ 4,761.00    Copy total here ➜  $____ 4,761.00

Debtor 1  **Bahram Shahab** _____    Case number (*if known*)_____
First Name    Middle Name    Last Name

34. **Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☐ No.  Go to line 35.
☑ Yes. State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
|---|---|---|---|---|
| _____ | 30823 via rive | $ 231,000 | ÷ 60 = | $ 3,850.00 |
| _____ | _____ | $_____ | ÷ 60 = | $_____ |
| _____ | _____ | $_____ | ÷ 60 = + $_____ |
| | | Total | $ 3,850.00 | $ 3,850.00 |

Copy total here ➡

35. **Do you owe any priority claims—such as a priority tax, child support, or alimony— that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

☑ No.  Go to line 36.
☐ Yes. Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims. ........................................  $_____ 0.00  ÷ 60   $_____ 0.00

36. **Projected monthly Chapter 13 plan payment**                                        $ _____ 3,850.00

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).

To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

x ____ 0

Average monthly administrative expense                                              $ _____ 120.00      $ _____ 120.00

Copy total here ➡

37. **Add all of the deductions for debt payment. Add lines 33e through 36.**                    $ _____ 3,970.00

**Total Deductions from Income**

38. **Add all of the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS expense allowances* ...............................  $ _____ 7,177.00

Copy line 32, *All of the additional expense deductions*.........................................................  $ _____ 0.00

Copy line 37, *All of the deductions for debt payment* ........................................... + $ _____ 3,970.00

Total deductions ............................................................................................  $ _____ 11,147.00      $ _____ 11,147.00

Copy total here ➡

Debtor 1 ___Bahram Shahab_____     Case number (if known)_____

         First Name      Middle Name      Last Name

39. Copy your total current monthly income from line 14 of Form 122C-1, *Chapter 13
    Statement of Your Current Monthly Income and Calculation of Commitment Period.* .......................................   $  10,338.00

40. **Fill in any reasonably necessary income you receive for support for dependent
    children.** The monthly average of any child support payments, foster care payments, or
    disability payments for a dependent child, reported in Part I of Form 122C-1, that you       $_____0.00
    received in accordance with applicable nonbankruptcy law to the extent reasonably
    necessary to be expended for such child.

41. **Fill in all qualified retirement deductions.** The monthly total of all amounts that your
    employer withheld from wages as contributions for qualified retirement plans, as            $_____0.00
    specified in 11 U.S.C. § 541(b)(7) plus all required repayments of loans from retirement
    plans, as specified in 11 U.S.C. § 362(b)(19).

42. **Total of all deductions allowed under 11 U.S.C. § 707(b)(2)(A).** Copy line 38 here   ➡   $  11,147.00

43. **Deduction for special circumstances.** If special circumstances justify additional
    expenses and you have no reasonable alternative, describe the special circumstances
    and their expenses. You must give your case trustee a detailed explanation of the
    special circumstances and documentation for the expenses.

    Describe the special circumstances                    Amount of expense

    _____        $_____

    _____        $_____

    _____      + $_____

                                    Total      $    0.00    Copy here    + $_____0.00
                                                                   ➡

44. **Total adjustments.** Add lines 40 through 43. .............................   $  11,147.00   Copy here ➡   –  $ 11,147.00

45. **Calculate your monthly disposable income under § 1325(b)(2).** Subtract line 44 from line 39.          $  759.00

46. **Change in income or expenses.** If the income in Form 122C-1 or the expenses you reported in this form have changed
    or are virtually certain to change after the date you filed your bankruptcy petition and during the time your case will be
    open, fill in the information below. For example, if the wages reported increased after you filed your petition, check
    122C-1 in the first column, enter line 2 in the second column, explain why the wages increased, fill in when the increase
    occurred, and fill in the amount of the increase.

| Form | Line | Reason for change | Date of change | Increase or decrease? | Amount of change |
|------|------|-------------------|----------------|-----------------------|------------------|
| ☐ 122C–1  ☐ 122C–2 | ____ | _____ | _____ | ☐ Increase  ☐ Decrease | $_____ |
| ☐ 122C–1  ☐ 122C–2 | ____ | _____ | _____ | ☐ Increase  ☐ Decrease | $_____ |
| ☐ 122C–1  ☐ 122C–2 | ____ | _____ | _____ | ☐ Increase  ☐ Decrease | $_____ |
| ☐ 122C–1  ☐ 122C–2 | ____ | _____ | _____ | ☐ Increase  ☐ Decrease | $_____ |

| Debtor 1 | Bahram Shahab | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 4:** | **Sign Below** |
|---|---|

By signing here, under penalty of perjury you declare that the information on this statement and in any attachments is true and correct.

✗ _____          ✗ _____
Signature of Debtor 1                                          Signature of Debtor 2

Date 10/07/2019                                                Date _____
MM / DD / YYYY                                                    MM / DD / YYYY

Fill in this information to identify your case:

Debtor 1    bahram Shahab
            First Name         Middle Name         Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Central District of California

Case number
(If known)    _____

☐ Check if this is an
   amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years.  Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number    Street | From _____ To _____ | Number    Street | From _____ To _____ |
| City        State  ZIP Code | | City        State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number    Street | From _____ To _____ | Number    Street | From _____ To _____ |
| City        State  ZIP Code | | City        State   ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:   Explain the Sources of Your Income

Debtor 1  __bahram Shahab_____     Case number (if known)_____
            First Name   Middle Name   Last Name

---

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☑ No
   ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For last calendar year:**<br>(January 1 to December 31, _____)<br>　　　　　　　　　　　YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, _____)<br>　　　　　　　　　　　YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |

---

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security,
   unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and
   gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | social Security<br>disability benifit<br>_____ | $_____42,000.00_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| **For last calendar year:**<br>(January 1 to December 31, _____)<br>　　　　　　　　　　　YYYY | Included above<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, _____)<br>　　　　　　　　　　　YYYY | included above<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |

---

Debtor 1 ___bahram Shahab_____      Case number *(if known)*_____
     First Name     Middle Name     Last Name

**Part 3:** **List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

    ☑ No. Go to line 7.

    ☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

    * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☑ No. Go to line 7.

    ☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| _____<br>Creditor's Name<br>_____<br>Number      Street<br>_____<br>_____<br>City          State          ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br>_____<br>Number      Street<br>_____<br>_____<br>City          State          ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br>_____<br>Number      Street<br>_____<br>_____<br>City          State          ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

Debtor 1    <u>bahram Shahab</u>                                Case number (if known)_____
             First Name     Middle Name     Last Name

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☐ No
   ☑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| <u>Gity Shahab</u><br>Insider's Name | <u>01/09/2019</u> | $ <u>3,000.00</u> | $ <u>0.00</u> | return personal lone |
| _____<br>Number   Street | _____ | | | |
| _____ | _____ | | | |
| _____<br>City     State   ZIP Code | | | | |
| <u>Tooraj Moradi</u><br>Insider's Name | <u>01/09/2019</u> | $ <u>3,000.00</u> | $ <u>0.00</u> | return personal lone |
| _____<br>Number   Street | _____ | | | |
| _____ | _____ | | | |
| _____<br>City     State   ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | $_____ | $_____ | |
| _____<br>Number   Street | _____ | | | |
| _____ | _____ | | | |
| _____<br>City     State   ZIP Code | | | | |
| _____<br>Insider's Name | | $_____ | $_____ | |
| _____<br>Number   Street | _____ | | | |
| _____ | _____ | | | |
| _____<br>City     State   ZIP Code | | | | |

Debtor 1  bahram Shahab _____    Case number *(if known)*_____

First Name    Middle Name    Last Name

## Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☑ No
   ☐ Yes. Fill in the details.

|  | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title_____ |  | Court Name_____ | ☐ Pending |
| _____ |  |  | ☐ On appeal |
| _____ |  | Number    Street | ☐ Concluded |
| Case number _____ |  | City        State    ZIP Code |  |
| Case title_____ |  | Court Name_____ | ☐ Pending |
| _____ |  |  | ☐ On appeal |
| _____ |  | Number    Street | ☐ Concluded |
| Case number _____ |  | City        State    ZIP Code |  |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No.  Go to line 11.
    ☐ Yes. Fill in the information below.

|  | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____ |  | _____ | $_____ |
| Creditor's Name |  |  |  |
| Number    Street | Explain what happened |  |  |
| _____ | ☐ Property was repossessed. |  |  |
|  | ☐ Property was foreclosed. |  |  |
|  | ☐ Property was garnished. |  |  |
| City        State    ZIP Code | ☐ Property was attached, seized, or levied. |  |  |
|  | Describe the property | Date | Value of the property |
| _____ |  | _____ | $_____ |
| Creditor's Name |  |  |  |
| Number    Street | Explain what happened |  |  |
| _____ | ☐ Property was repossessed. |  |  |
|  | ☐ Property was foreclosed. |  |  |
|  | ☐ Property was garnished. |  |  |
| City        State    ZIP Code | ☐ Property was attached, seized, or levied. |  |  |

Debtor 1    bahram Shahab _____    Case number *(if known)* _____
       First Name   Middle Name   Last Name

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's Name | | | |
| _____<br>Number    Street | | _____ | $_____ |
| _____ | | | |
| _____<br>City            State   ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____<br>Number    Street | | | |
| _____<br>City            State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____<br>Number    Street | | | |
| _____<br>City            State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1    <u>bahram Shahab</u>                        Case number (*if known*)_____

First Name     Middle Name     Last Name

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | _____ | $_____ |
| Charity's Name | | | |
| | | _____ | $_____ |
| | | | |
| Number    Street | | | |
| | | | |
| City    State    ZIP Code | | | |

---

**Part 6:**    **List Certain Losses**

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss

Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

**Part 7:**    **List Certain Payments or Transfers**

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | _____ | $_____ |
| Number    Street | | | |
| | | _____ | $_____ |
| City    State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Debtor 1    bahram Shahab _____     Case number *(if known)*_____
      First Name    Middle Name    Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $_____ |
| Number   Street | | _____ | $_____ |
| City    State   ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $_____ |
| Number   Street | | _____ | $_____ |
| City    State   ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | _____ |
| Number   Street | | | |
| City    State   ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | _____ |
| Number   Street | | | |
| City    State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1    bahram Shahab         Case number (if known)_____

First Name     Middle Name     Last Name

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

**Part 8:  List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Chase Bank<br>Name of Financial Institution<br><br>_____<br>Number  Street<br><br>_____<br>City  State  ZIP Code | XXXX– 6 1 6 9 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____0.00 |
| _____<br>Name of Financial Institution<br><br>_____<br>Number  Street<br><br>_____<br>City  State  ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No<br>☐ Yes |
| _____<br>Name of Financial Institution<br><br>_____<br>Number  Street<br><br>_____<br>City  State  ZIP Code | _____<br>Name<br><br>_____<br>Number  Street<br><br>_____<br>City  State  ZIP Code | | |

Debtor 1   _bahram Shahab_____          Case number (if known)_____
          First Name    Middle Name    Last Name

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| _____ Name of Storage Facility | _____ Name | | |
| _____ Number   Street | _____ Number   Street | | |
| _____ City          State    ZIP Code | _____ City State  ZIP Code | | |

---

**Part 9:       Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ Owner's Name | _____ Number   Street | | |
| _____ Number   Street | | | |
| _____ City          State    ZIP Code | _____ City          State    ZIP Code | | |

---

**Part 10:      Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | _____ |
| _____ Name of site | _____ Governmental unit | | |
| _____ Number   Street | _____ Number   Street | | |
| _____ City          State    ZIP Code | _____ City          State    ZIP Code | | |
| _____ City          State    ZIP Code | | | |

Debtor 1 ___bahram Shahab_____    Case number (if known)_____
          First Name    Middle Name    Last Name

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| | City        State   ZIP Code | | |
| City        State   ZIP Code | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | Court Name | | ☐ Pending |
| | | | ☐ On appeal |
| | Number   Street | | ☐ Concluded |
| Case number | City        State   ZIP Code | | |

## Part 11:    Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name | | |
| Number   Street | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Name of accountant or bookkeeper | Dates business existed |
| City        State   ZIP Code | | From _____ To _____ |
| | Describe the nature of the business | Employer identification number Do not include Social Security number or ITIN. |
| Business Name | | |
| Number   Street | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Name of accountant or bookkeeper | Dates business existed |
| City        State   ZIP Code | | From _____ To _____ |

Debtor 1    bahram Shahab _____    Case number (if known)_____
           First Name    Middle Name    Last Name

Business Name _____    Describe the nature of the business    Employer Identification number
                                                                              Do not include Social Security number or ITIN.

Number    Street _____    Name of accountant or bookkeeper    EIN: __ __ – __ __ __ __ __ __ __

_____    _____    Dates business existed

City         State    ZIP Code    _____    From _____ To _____

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
☐ Yes. Fill in the details below.

                                              Date issued

Name _____    _____
                                      MM / DD / YYYY

Number    Street _____

_____

_____

City         State    ZIP Code

## Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _____    ✗ _____
Signature of Debtor 1                    Signature of Debtor 2

Date 10/07/2019                          Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☐ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|

☒ *Debtor(s) appearing without attorney*
☐ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Bahram Shahab<br><br><br><br><br>Debtor(s). | CASE NO.:<br><br>CHAPTER: 13<br><br><br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ____ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____*10/7/19*_____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

Bankruptcy Chapter 13

# Bahram Shahab

## Filed: 10/07/2019

## Verification of creditors list

1. **Bayview Financial Loan**
   **4425 Ponce De Leon Blvd**
   **Coral Gables, FL 33146**

Bankruptcy Chapter 13

# Bahram Shahab

# Filed: 10/07/2019

# Verification of creditors list

1. **Bayview Financial Loan**
   **4425 Ponce De Leon Blvd**
   **Coral Gables, FL 33146**